# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| LINDELL VAN DYKE, as Trustee of the Van Dyke Family Trust, And On Behalf of All Others Similarly Situated<br><br>V.<br><br>WELLS FARGO & CO. and WELLS FARGO INVESTMENTS, LLC | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>**JSW**<br><br>CV 08  1962 |

TO: (Name and address of defendant)

WELLS FARGO & CO.
WELLS FARGO INVESTMENTS, LLC
420 Montgomery Street
San Francisco, CA  94163

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan K. Levine
Aaron M. Sheanin
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA  94108
Tel: (415) 981-4800
Fax: (415) 981-4846

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK   HELEN L. ALMACEN



APR 1 4 2008

DATE _____

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |
| Service of the Summons and Complaint was made by me [1] |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
            Date                                                         Signature of Server

                                                                          _____
                                                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure