Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Attorneys for Plaintiff Lindell Van Dyke,
As Trustee For The Lindell Van Dyke Family Trust
[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO. and WELLS FARGO INVESTMENTS, LLC,<br><br>Defendants. | **CIVIL ACTION NO.  CV-08-1962 (JSW)**<br><br>**NOTICE RE: PUBLICATION OF PSLRA NOTICE PER LOCAL RULE 23-1(a)** |

Please take notice that on April 14, 2008, Plaintiff, though counsel, caused the attached notice announcing the pendency of above-captioned class action to be published in a widely circulated national business-oriented wire service, as required by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3)(A)(i).

Dated: May 5, 2008

Respectfully submitted,

**GIRARD GIBBS LLP**

By: _____/s/ Aaron M. Sheanin_____
      Aaron M. Sheanin

Daniel C. Girard
Jonathan K. Levine
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Counsel for Plaintiff Lindell Van Dyke, as Trustee of the Van Dyke Family Trust

**Certificate of Service**

I, Angeline C. Ellis, hereby declare as follows:

I am employed by Girard Gibbs, A Limited Liability Partnership, 601 California Street, 14th Floor, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On May 5, 2008, I served the following documents:

1.  NOTICE RE: PUBLICATION OF PSLRA NOTICE PER LOCAL RULE 23-1(a)

on:

David E. Powell
**REED SMITH LLP**
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922
Telephone: (415) 543-8700

*Counsel for Defendants*
*Wells Fargo*

**XX**  by electronically transmitting via the ECF/PACER website the above listed documents to the email addresses set forth above on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed May 5, 2008, at San Francisco, California.

/S/ *Angeline C Ellis*