1

Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com

2

Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com

3

Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com

4

**GIRARD GIBBS LLP**
601 California Street, Suite 1400

5

San Francisco, CA 94108
Telephone:  (415) 981-4800

6

Facsimile:  (415) 981-4846

7

Attorneys for Plaintiff Lindell Van Dyke,
As Trustee For The Lindell Van Dyke Family Trust

8

[Additional Counsel Appear on Signature Page]

9

10

**UNITED STATES DISTRICT COURT**

11

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

13

LINDELL VAN DYKE, AS TRUSTEE FOR
THE VAN DYKE FAMILY TRUST,
Individually And On Behalf of All Others

14

Similarly Situated,

15

Plaintiff,

16

v.

17

WELLS FARGO & CO. and WELLS FARGO
INVESTMENTS, LLC,

18

19

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO.  CV-08-1962 (JSW)**

**NOTICE RE: PUBLICATION OF PSLRA
NOTICE PER LOCAL RULE 23-1(a)**

20

21

22

23

24

25

26

27

28

- 1 -

1

Please take notice that on April 14, 2008, Plaintiff, though counsel, caused the attached notice

2

announcing the pendency of above-captioned class action to be published in a widely circulated national

3

business-oriented wire service, as required by the Private Securities Litigation Reform Act, 15 U.S.C. §

4

78u-4(a)(3)(A)(i).

5

6

Dated: May 5, 2008                                    Respectfully submitted,

7

**GIRARD GIBBS LLP**

8

9

10

By:    _____/s/ Aaron M. Sheanin_____
                  Aaron M. Sheanin

11

Daniel C. Girard
Jonathan K. Levine
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

12

13

14

Counsel for Plaintiff Lindell Van Dyke, as Trustee of the
Van Dyke Family Trust

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**NOTICE RE: PUBLICATION OF PSLRA NOTICE PER LOCAL RULE 23-1(a)**

**Certificate of Service**

I, Angeline C. Ellis, hereby declare as follows:

I am employed by Girard Gibbs, A Limited Liability Partnership, 601 California Street, 14th

Floor, San Francisco, California 94108.  I am over the age of eighteen years and am not a party to this

action.  On May 5, 2008, I served the following documents:

      **1.**      **NOTICE RE: PUBLICATION OF PSLRA NOTICE PER LOCAL RULE 23-1(a)**

on:

David E. Powell
**REED SMITH LLP**
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922
Telephone: (415) 543-8700

*Counsel for Defendants*
*Wells Fargo*

**XX**  by electronically transmitting via the ECF/PACER website the above listed documents to the email
      addresses set forth above on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true

and correct, executed May 5, 2008, at San Francisco, California.

/S/ *Angeline C Ellis*

# GIRARD GIBBS LLP

Attorneys at Law

601 California Street, 14th Floor I San Francisco, CA 94108-2819
Tel: 415.981.4800 I Fax: 415.981.4846 I www.girardgibbs.com

**FOR IMMEDIATE RELEASE**
MONDAY, APRIL 14, 2008
CONTACT: DANIEL C. GIRARD
JONATHAN K. LEVINE
AARON M. SHEANIN
PHONE: 415.981.4800

**Girard Gibbs LLP Announces Class Action Lawsuit Filed Against Wells Fargo &
Co. (NYSE: WFC).**

San Francisco, CA- The law firm of Girard Gibbs LLP (http://www.girardgibbs.com)

announces that it is has filed a class action lawsuit on behalf of persons who purchased

Auction Rate Securities from Wells Fargo & Co. (NYSE: WFC) and Wells Fargo

Investments, LLC between April 14, 2003 and February 13, 2008, inclusive (the "Class

Period"), and who continued to hold such securities as of February 13, 2008.

The class action, captioned *Van Dyke, et al. v. Wells Fargo & Co., et al.*, CV-08-1962

(JSW), is pending in the United States District Court for the Northern District of

California.  The class action is brought against Wells Fargo & Co. and its wholly-owned

broker-dealer subsidiary, Wells Fargo Investments, LLC.

The Complaint alleges that Wells Fargo violated Sections 10(b) and 20(a) of the

Securities Exchange Act of 1934 by deceiving investors about the investment

characteristics of auction rate securities and the auction market in which these securities traded.  Auction rate securities are either municipal or corporate debt securities or preferred stocks which pay interest at rates set at periodic "auctions."  Auction rate securities generally have long-term maturities or no maturity dates.

The Complaint alleges that, pursuant to uniform sales materials and top-down management directives, Wells Fargo offered and sold auction rate securities to the public as highly liquid cash-management vehicles and as suitable alternatives to money market mutual funds.  According to the Complaint, holders of auction rate securities sold by Wells Fargo and others have been unable to liquidate their positions in these securities following the decision on February 13, 2008 of all major broker-dealers including Wells Fargo to "withdraw their support" for the periodic auctions at which the interest rates paid on auction rates securities are set.

The Complaint alleges that Wells Fargo failed to disclose the following material facts about the auction rate securities it sold to the class:  (1) the auction rate securities were not cash alternatives, like money market funds, but were instead, complex, long-term financial instruments with 30 year maturity dates, or longer; (2) the auction rate securities were only liquid at the time of sale because broker-dealers were artificially supporting and manipulating the auction rate market to maintain the appearance of liquidity and stability; and (3) broker-dealers routinely intervened in auctions for their own benefit, to set rates and prevent all-hold auctions and failed auctions.

If you purchased or otherwise acquired Auction Rate Securities from Wells Fargo between April 14, 2003 and February 13, 2008, and continued to hold such securities as of February 13, 2008, you may, no later than June 13, 2008, request that the Court appoint you as lead plaintiff.   A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.  To be appointed lead plaintiff, the Court must decide that your claim is typical of the claims of other class members, and that you will adequately represent the class.  Your ability to share in any recovery is not affected by the decision whether or not to serve as a lead plaintiff.  You may retain Girard Gibbs LLP, or other attorneys, to serve as your counsel in this action.

If you wish to discuss your rights as an investor in auction rate securities through Wells Fargo or any other brokerage, please contact Girard Gibbs LLP toll-free at (866) 981-4800.  A copy of the complaint is available from the Court, or can be viewed on Girard Gibbs LLP's website at:  http://www.girardgibbs.com/auctionrate.html.

Girard Gibbs LLP is one of the nation's leading firms representing individual and institutional investors in securities fraud class actions and litigation to correct abusive corporate governance practices, breaches of fiduciary duty and proxy violations.  For more information, please access the firm's web site, www.girardgibbs.com/auctionrate.html.  To discuss this class action with us, please contact the following attorneys:

Daniel C. Girard (dcg@girardgibbs.com)

Jonathan K. Levine (jkl@girardgibbs.com)

Aaron M. Sheanin (ams@girardgibbs.com)

601 California Street, 14th Floor

San Francisco, CA  94108

Phone number: (866) 981-4800

Website: http://www.girardgibbs.com/auctionrate.html

###