Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
Christina Connolly Sharp (State Bar No. 245869)
chc@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Attorneys for Plaintiff Lindell Van Dyke,
As Trustee For The Van Dyke Family Trust

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO & CO. and WELLS FARGO INVESTMENTS, LLC, <br><br> Defendants. | **Case No. CV-08-1962 (JSW)** <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2  parties, there is no such interest to report.

Dated: June 11, 2008                        Respectfully submitted,

**GIRARD GIBBS LLP**


        /s/ Aaron M. Sheanin
         Aaron M. Sheanin

Daniel C. Girard
Jonathan K. Levine
Christina Connolly Sharp
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiff Lindell Van Dyke,
As Trustee For The Van Dyke Family Trust

**CERTIFICATE OF SERVICE**

I, Jonathan K. Levine, hereby certify that on June 11, 2008, I caused the foregoing document to be filed electronically with the United States District Court for the Northern District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of June, 2008 at San Francisco, California.


                                        */s/ Aaron M. Sheanin*