Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
Christina H. C. Sharp (State Bar No. 245869)
chc@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiff Lindell Van Dyke,
As Trustee For The Lindell Van Dyke Family Trust,
and Class Member Sandra Olsen

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO. and WELLS FARGO INVESTMENTS, LLC,<br><br>Defendants. | **Case No. CV-08-1962 (JSW)**<br><br>**CERTIFICATION OF AARON M. SHEANIN PURSUANT TO CIVIL L.R. 3-7(d)** |

CERTIFICATION OF AARON M. SHEANIN PURSUANT TO CIVIL L.R. 3-7(d)

I, Aaron M. Sheanin, under penalty of perjury, hereby declare:

1. I am a partner of Girard Gibbs LLP and am admitted to practice in the Northern District of California. I submit this certification pursuant to Civil Local Rule 3-7(d).

2. I affirm that I do not directly own or otherwise have a beneficial interest in the securities that are the subject of *Lindell Van Dyke v. Wells Fargo, et al.*, No. CV-08-1962 (JSW) (N.D. Cal.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of June, 2008.

                                        */s/ Aaron M. Sheanin*
                                             Aaron M. Sheanin

CERTIFICATION OF AARON M. SHEANIN PURSUANT TO CIVIL L.R. 3-7(d)

**CERTIFICATE OF SERVICE**

I, Jonathan K. Levine, hereby certify that on June 13, 2008, I caused the foregoing document to be filed electronically with the United States District Court for the Northern District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of June, 2008 at San Francisco, California.


                                                       */s/ Jonathan K. Levine*