UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDELL VAN DYKE

       Plaintiff(s),                                 No. C 08-01962 JSW

   v.                                           **CLERK'S NOTICE**

WELLS FARGO AND CO

       Defendant(s).

_____/

     YOU ARE HEREBY NOTIFIED that on August 22, 2008, at 9:00 a.m., immediately following the hearing on the motion to appoint lead plaintiff and lead counsel , in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** August 8, 2008 , in this matter.   The joint case management statement shall be due on or before August 15, 2008.

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:_____
                                          Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
                                          (415) 522-4173

Dated: June 16, 2008