David C. Powell (SBN 129781)
Email: dcpowell@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants Wells Fargo & Co.
and Wells Fargo Investments, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & CO. and WELLS FARGO INVESTMENTS, LLC,<br><br>Defendants. | No.: CV 08 1962 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER] TO EXTEND TIME TO FILE RESPONSIVE PLEADING PURSUANT TO LOCAL RULE 6.1** |

WHEREAS Plaintiff Lindell Van Dyke, as Trustee for The Van Dyke Family Trust ("Plaintiff"), alleges causes of action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78a *et seq.*, and purports to bring a class action pursuant to Federal Rules of Civil Procedure sections 23(a) and (b)(3); and

WHEREAS Plaintiff's Motion to Appoint Lead Plaintiff and Lead Counsel is currently set for hearing before this Court on August 22, 2008; and

WHEREAS Plaintiff intends to file an Amended Complaint in this matter,

IT IS HEREBY STIPULATED, by and between Plaintiff Lindell Van Dyke, as Trustee for The Van Dyke Family Trust, and defendants Wells Fargo & Co. and Wells Fargo Investments, LLC, through their respective attorneys of record, pursuant to Local Rule 6-1, that Defendants Wells Fargo & Co. and Wells Fargo Investments, LLC shall have an extension of time, through and including sixty (60) days after service on Defendants of Plaintiff's Amended Complaint, to file a responsive pleading.

DATED: July 10, 2008

GIRARD GIBBS LLP

By _____
Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
Christina H.C. Sharp
Attorneys for Plaintiff Lindell Van Dyke, as Trustee for The Van Dyke Family Trust

DATED: July 10, 2008

REED SMITH LLP

By _____
David C. Powell
Heather B. Hoesterey
Attorneys for Defendants Wells Fargo & Co. and Wells Fargo Investments, LLC

**[PROPOSED] ORDER**

Upon reading the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendants Wells Fargo & Co. and Wells Fargo Investments, LLC shall have an extension of time, through and including sixty (60) days after service on Defendants of Plaintiff's Amended Complaint, to file a responsive pleading.

DATED: _____     _____
JUDGE OF THE SUPERIOR COURT