David C. Powell (SBN 129781)
Email: dcpowell@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants Wells Fargo & Co.
and Wells Fargo Investments, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & CO. and WELLS FARGO INVESTMENTS, LLC,<br><br>Defendants. | No.: CV 08 1962 (JSW)<br><br>STIPULATION AND [PROPOSED] ORDER RESETTING RULE 26(f) AND ADR DEADLINES, AND CONTINUING CASE MANAGEMENT CONFERENCE |

WHEREAS this Court's orders establish the following deadlines:

(1) July 18, 2008 – Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan, and to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil Local Rule 16-8;

(2) August 1, 2008 – Last day to file Rule 26(f) Report; and

(3) August 22, 2008 at 9:00 a.m. – Initial Case Management Conference;

1   WHEREAS Plaintiff Lindell Van Dyke and Class Member Sandra Olsen (collectively, the
2   "Van Dyke Group") are the sole movants in this action for appointment as Lead Plaintiff and
3   approval of selection of Lead Counsel pursuant to the Private Securities Litigation Reform Act
4   ("PSLRA");
5   WHEREAS the Court has not yet rendered a decision on the Van Dyke Group's uncontested
6   motion for Lead Plaintiff and appointment of Lead Counsel, and the hearing on the motion is set for
7   August 22, 2008, immediately before the Initial Case Management Conference;
8   WHEREAS the Van Dyke Group, if appointed as Lead Plaintiff, intends to file an Amended
9   Complaint in this matter;
10  WHEREAS this action is subject to a pending Motion to Transfer for Coordination before the
11  Judicial Panel on Multi-District Litigation (*In re Auction Rate Securities (ARS) Marketing Litigation*,
12  MDL No. 1979);
13  WHEREAS good cause exists to modify the schedule for the Rule 26(f) conference, as the
14  parties will be able to present the Court with a more informative, complete and reasoned Rule 26(f)
15  Report following the Court's appointment of Lead Plaintiff and Lead Counsel;
16  WHEREAS good cause exists to continue the Initial Case Management Conference, as a
17  decision by the JPML on the pending Motion to Transfer for Coordination could impact these
18  proceedings;
19
20  NOW, THEREFORE, the parties stipulate as follows:
21  (1)    The parties' last day to meet and confer regarding initial disclosures, early settlement,
22  ADR process selection and a discovery plan, and file Joint ADR Certification with Stipulation to
23  ADR Process or Notice of Need for ADR Phone Conference shall be extended to August 29, 2008;
24  (2)    The parties' last day to file their Rule 26(f) Report shall be extended to September 12,
25  2008; and
26  (3)    The Initial Case Management Conference shall be continued, pending the JPML's
27  determination on the Motion to Transfer for Coordination. The parties will notify the Court when
28  the JPML has rendered a ruling on that motion, and will contact the Court's Clerk to set a date for

the Initial Case Management Conference, if necessary, and will file a joint case management statement no later than five court days prior to the conference.

DATED: July 18, 2008

GIRARD GIBBS LLP

By _____
Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
Christina H.C. Sharp
Attorneys for Plaintiff Lindell Van Dyke,
as Trustee for The Van Dyke Family Trust

DATED: July 18, 2008

REED SMITH LLP

By _____
David C. Powell
Heather B. Hoesterey
Attorneys for Defendants Wells Fargo & Co. and
Wells Fargo Investments, LLC

# [PROPOSED] ORDER

Upon reviewing the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

(1) The parties shall meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan, and shall file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or before August 29, 2008.

(2) The parties shall file their Rule 26(f) Report on or before September 12, 2008.

(3) The Case Management Conference, currently set for August 22, 2008 at 9:00 a.m. is continued, pending the JPML's determination on the Motion to Transfer for Coordination. The parties shall notify the Court when the JPML has rendered a ruling on that motion, ~~and shall contact the Court's Clerk to set a date for the Initial Case Management Conference, if necessary~~. The parties shall file a joint case management statement no later than five court days prior to the Initial Case Management Conference. A case management conference shall be set by Clerk's Notice upon receipt of the notice of the ruling by the JPML on the motion to transfer.

DATED: July 21, 2008

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE