Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
Christina H. C. Sharp (State Bar No. 245869)
chc@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiff Lindell Van Dyke,
As Trustee For The Van Dyke Family Trust,
and Class Member Sandra Olsen

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO. and WELLS FARGO INVESTMENTS, LLC,<br><br>Defendants. | **Case No. CV-08-1962 (JSW)**<br><br>**SUPPLEMENTAL STATEMENT IN SUPPORT OF VAN DYKE GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: August 22, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 2, 17th Floor |

- 1 -

SUPP. STATEMENT IN SUPP. OF VAN DYKE GROUP'S MOT. FOR APPOINTMENT AS LEAD PLAINTIFF

This class action alleges that Wells Fargo deceptively marketed auction rate securities to investors as cash-equivalent alternatives to money-market funds, when they were in fact complex, long-term financial instruments. Those securities became illiquid on February 13, 2008, after all major broker-dealers abruptly withdrew their "support" for the $330 billion auction rate securities market. State and federal regulators are now conducting several probes into the collapse of the market.

On June 13, 2008, Plaintiff Lindell Van Dyke and Class Member Sandra Olsen (collectively, the "Van Dyke Group" or "Movants") filed a timely motion, pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3)(B), for their appointment as Lead Plaintiff and approval of their selection of counsel. *See* Docket Nos. 9-10. No other Class member filed a motion for appointment.

Movants satisfy the criteria for appointment as Lead Plaintiff. In their motion for appointment, Movants demonstrated that they hold $6,500,000 in illiquid auction rate securities they purchased from Wells Fargo during the Class Period. As the only applicant for appointment as lead plaintiff, the Van Dyke Group has the largest financial interest in the relief sought. *See Garber v. Juniper Networks, Inc.*, No. C 06-04327 JW, 2006 U.S. Dist. LEXIS 86721, at *6 (N.D. Cal. Nov. 20, 2006) (appointing sole movant for lead plaintiff given its substantial losses and lack of any competing applicants).

As described in their previously filed motion, Movants also satisfy the typicality and adequacy requirements for appointment as Lead Plaintiff, as set forth in 15 U.S.C. § 78u-4(a)(3)(B)(iii). Movants are typical in that their claims and the claims of all other Class members arise out of their purchases of auction rate securities from Wells Fargo during the Class Period as a result of Wells Fargo's materially false and misleading statements and omissions about the liquidity and risk characteristics of those securities and the auction market. Movants are adequate Class representatives because their interests are aligned with those of other Class members, and there is no evidence of any antagonism between their interests. In addition, Movants have selected competent and experienced counsel to prosecute the claims in this case and to serve the interests of the Class. Movants' counsel have been appointed to serve as Lead Counsel in auction rate securities class actions against UBS, Wachovia Corporation, and Raymond James Financial. Accordingly, Movants are the presumptive "most adequate plaintiff" under the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii).

For the reasons stated herein and in their moving papers, Movants respectfully requests that this Court:  (1) appoint them as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(i); and (2) approve their selection of counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

Dated: August 1, 2008　　　　　　　　　　　　Respectfully submitted,

**GIRARD GIBBS LLP**

　　　*/s/ Jonathan K. Levine*
　　　Jonathan K. Levine

Daniel C. Girard
Aaron M. Sheanin
Christina H. C. Sharp
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

**Proposed Lead Counsel**

**CERTIFICATE OF SERVICE**

I, Jonathan K. Levine, hereby certify that on August 1, 2008, I caused the foregoing document to be filed electronically with the United States District Court for the Northern District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of August, 2008 at San Francisco, California.


                                                    */S/ Jonathan K. Levine*