Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
Christina H. C. Sharp (State Bar No. 245869)
chc@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Attorneys for Plaintiff Lindell Van Dyke,
As Trustee For The Van Dyke Family Trust,
and Class Member Sandra Olsen

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>WELLS FARGO & CO. and WELLS FARGO INVESTMENTS, LLC,<br><br>                    Defendants. | **Case No. CV-08-1962 (JSW)**<br><br>**[PROPOSED] ORDER GRANTING THE VAN DYKE GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>Date:      August 22, 2008<br>Time:      9:00 a.m.<br>Location: Courtroom 2, 17th Floor |

- 1 -

[PROPOSED] ORDER

Upon consideration of the motions and supporting papers filed by the movants for lead plaintiff in the above-captioned actions and for good cause shown, and no competing motions having been filed,

**IT IS HEREBY ORDERED THAT:**

1. The Motion Of The Van Dyke Group For Appointment As Lead Plaintiff And Approval Of Selection Of Counsel is **GRANTED**;

2. Plaintiff Lindell Van Dyke and class member Sandra Olsen are hereby **APPOINTED** to serve as Lead Plaintiff in this action, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995. The Van Dyke Group has complied with the requirements of the PSLRA, has the largest financial interest in this action and meets the relevant requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii). The Van Dyke Group is therefore appointed to serve as Lead Plaintiff in this action.

3. The law firm of Girard Gibbs LLP is hereby **APPOINTED** to serve as Lead Counsel for the Class, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action. The presumptive Lead Plaintiff selects counsel to represent the Class under the PSLRA, subject to Court approval. 15 U.S.C. § 78u-4(a)(3)(B)(v). As Girard Gibbs is experienced in the prosecution of securities class actions and will adequately represent the interests of Class members, the Court approves the Van Dyke Group's selection of counsel to represent the Class.

**SO ORDERED.** The hearing date of August 22, 2008 is HEREBY VACATED.

DATED: August 6, 2008

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Jonathan K. Levine, hereby certify that on June 13, 2008, I caused the foregoing document to be filed electronically with the United States District Court for the Northern District of California's through the Court's mandated ECF service.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of June, 2008 at San Francisco, California.


　　　　　　　　　　　　　　　　　*/S/ Jonathan K. Levine*