**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINDELL VAN DYKE, et al.

    Plaintiffs,

v.

WELLS FARGO AND CO., et al.

    Defendants.
_____/

No. 08-01962 JSW

**ORDER VACATING ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL**

On August 6, 2008, this Court issued an Order granting Plaintiffs uncontested Motion for Appointment as Lead Plaintiff and Approving Lead Plaintiffs' Selection of Lead Counsel. Upon review of the parties' stipulation regarding the resetting of deadlines and the case management conference in this action, it has come to the Court's attention that this action is the subject of a pending Motion to Transfer for Coordination before the Judicial Panel on Multi-District Litigation with respect to *In re Auction Rate Securities Litigation (ARS) Marketing Litigation*, MDL No. 1979.

"If more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, *the court shall not make the determination required by clause (i) until after the decision on the motion to consolidate is rendered.*"  15 U.S.C. § 78u-4(a)(B)(3)(ii) (emphasis added).

//

In light of the pending motion to transfer this matter to the pending MDL proceeding, and given the requirements of 15 U.S.C. § 78u-4(a)(B)(3)(ii), the Court's Order granting Plaintiffs' motion for appointment of lead counsel is VACATED pending a ruling on the motion to transfer or pending a further showing from Plaintiffs that this Court has the authority to rule on their motion before a decision is rendered in the MDL proceedings.

**IT IS SO ORDERED.**

Dated: August 7, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California