Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
Christina H. C. Sharp (State Bar No. 245869)
chc@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

Counsel for the Van Dyke Group

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & CO. and WELLS FARGO INVESTMENTS, LLC,<br><br>Defendants. | Case No. CV-08-1962 (JSW)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING RULE 26 AND ADR DEADLINES |

- 1 -
STIPULATION AND [PROPOSED] ORDER

WHEREAS on July 21, 2008, this Court entered an Order pursuant to the parties' stipulation resetting the Rule 26(f) and ADR deadlines, and continuing the Initial Case Management Conference as follows:

(1) August 29, 2008: Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan, and file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

(2) September 12, 2008: Last day to file Rule 26(f) Report; and

(3) The Initial Case Management Conference was continued pending a determination on the pending Motion to Transfer for Coordination before the Judicial Panel on Multi-District Litigation ("JPML") (*In re Auction Rate Securities (ARS) Marketing Litigation*, MDL No. 1979);

WHEREAS this Court issued an Order on August 6, 2008 appointing the Van Dyke Group as Lead Plaintiff in this action, and approving the Van Dyke Group's selection of Girard Gibbs as Lead Counsel for the Class;

WHEREAS on August 7, 2008 this Court issued an Order vacating its August 6 Order appointing Lead Plaintiff, in light of the fact that this action is subject to a pending Motion to Transfer for Coordination before the JPML;

WHEREAS the parties' prior stipulation resetting the Rule 26(f) and ADR deadlines was based in part on agreement that the parties would be able to present the Court with a more informative, complete and reasoned Rule 26(f) Report following the Court's appointment of Lead Plaintiff and Lead Counsel for the Class;

WHEREAS pursuant to Fed. R. Civ. P. 26(f)(2), the parties have begun the meet and confer process regarding preservation of discoverable information including electronically stored information ("ESI") and will continue to meet and confer concerning ESI preservation and production issues to ensure that relevant information is preserved for purposes of this litigation;

WHEREAS good cause exists to modify the schedule for the parties' ADR and remaining Rule 26 obligations, as no Lead Plaintiff is appointed at this time and a decision by the JPML on the pending Motion to Transfer for Coordination could impact these proceedings;

1    NOW, THEREFORE, the parties stipulate as follows:

2    (1)    The parties' last day to fulfill their remaining Rule 26 obligations, file their ADR Certification and Stipulation, and file their Rule 26(f) Report shall be continued pending the JPML's determination on the Motion to Transfer for Coordination; and

(2)    The parties shall notify the Court when the JPML has rendered a ruling on the Motion to Transfer for Coordination. If the JPML denies the Motion to Transfer for Coordination, the parties shall:

(a)    Fulfill their remaining Rule 26 obligations and file their ADR Certification and Stipulation at least 21 days prior to the Initial Case Management Conference,

(b)    File their Rule 26(f) Report no later than 14 days after fulfillment of their remaining Rule 26 obligations, and

(c)    File a joint case management statement no later than five court days prior to the Initial Case Management Conference. A case management conference shall be set by Clerk's Notice upon receipt of the notice of the ruling by the JPML.

DATED: August 25, 2008                    **GIRARD GIBBS LLP**

By: _____

Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
Christina H.C. Sharp
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Lead Counsel for the Class*

DATED: August 25 2008                    **REED SMITH LLP**

By: _____

David C. Powell
Heather B. Hoesterey

- 3 -
STIPULATION AND [PROPOSED] ORDER

Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922
Telephone: (415) 543-8700

*Counsel for Defendants*

**[PROPOSED] ORDER**

Upon reviewing the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

(1) The parties' last day to fulfill their remaining Rule 26 obligations, file their ADR Certification and Stipulation, and file their Rule 26(f) Report shall be continued pending the JPML's determination on the Motion to Transfer for Coordination; and

(2) The parties shall notify the Court when the JPML has rendered a ruling on the Motion to Transfer for Coordination. If the JPML denies the Motion to Transfer for Coordination, the parties shall:

(a) Fulfill their remaining Rule 26 obligations and file their ADR Certification and Stipulation at least 21 days prior to the Initial Case Management Conference,

(b) File their Rule 26(f) Report no later than 14 days after fulfillment of their remaining Rule 26 obligations, and

(c) File a joint case management statement no later than five court days prior to the Initial Case Management Conference. A case management conference shall be set by Clerk's Notice upon receipt of the notice of the ruling by the JPML.

DATED: August 26, 2008

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

- 5 -
STIPULATION AND [PROPOSED] ORDER