ORIGINAL

David C. Powell (SBN 129781)
Email: dcpowell@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Sarah R. Wolff (*pro hac vice* pending)
swolff@reedsmith.com
Michael S. Leib (*pro hac vice* pending)
mleib@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Attorneys for Defendants Wells Fargo & Co. and Wells Fargo Investments, LLC

E-Filing

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, Individually And On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

WELLS FARGO & CO. and WELLS FARGO INVESTMENTS, LLC,

Defendants.

No.: CV 08 1962 (JSW)

**~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Michael S. Leib, an active member in good standing of the bar of the United States District Court for the Northern District of Illinois, Eastern Division, whose business address and telephone number are: Reed Smith LLP, 10 South Wacker Drive, Chicago, Illinois 60606, Telephone: (312) 207-1000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Wells Fargo & Co. and Wells Fargo Investments, LLC;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: AUG 2 6 2008

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware