| | |
|---|---|
| 1 | Daniel C. Girard (State Bar No. 114826) |
|   | dcg@girardgibbs.com |
| 2 | Jonathan K. Levine (State Bar No. 220289) |
|   | jkl@girardgibbs.com |
| 3 | Aaron M. Sheanin (State Bar No. 214472) |
|   | ams@girardgibbs.com |
| 4 | Christina H. C. Sharp (State Bar No. 245869) |
|   | chc@girardgibbs.com |
| 5 | **GIRARD GIBBS LLP** |
|   | 601 California Street, Suite 1400 |
| 6 | San Francisco, CA 94108 |
|   | Telephone:  (415) 981-4800 |
| 7 | Facsimile:  (415) 981-4846 |

Lead Counsel for the Class

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & CO. and WELLS FARGO INVESTMENTS, LLC,<br><br>Defendants. | Case No. CV-08-1962 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES** |
| DONALD F. HILDRE,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, LTD., WELLS FARGO INVESTMENTS, LLC, WELLS FARGO INVESTMNET ADVISORS, LLC,<br><br>Defendants. | **Case No. CV-08-5229 (MHP)** |

- 1 -

STIPULATION AND [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 42(a), Civil Local Rule 23-1(b), and Manual for Complex Litigation, Fourth, §§ 11.12, 11.21 and 31 (2004), Lead Plaintiff in the *Van Dyke* action and Plaintiff Donald F. Hildre stipulate as follows:

## CONSOLIDATION OF RELATED CASES

1. By Order dated December 4, 2008, the Court accepted the *Hildre* action as related to the *Van Dyke* action within the meaning of Civil L.R. 3-12. Judicial economy and the risk of inconsistent judgments in separate proceedings favor consolidation. Consolidation poses no risk of prejudice, as plaintiffs' counsel in *Hildre* has acknowledged that Mr. Hildre is a member of proposed class in *Van Dyke*. Moreover, the two matters share common questions and law that arise out of the same series of transactions or occurrences and fact, and the claims in the two matters largely overlap. Accordingly, pursuant to Fed. R. Civ. P. 42(a) and 15 U.S.C. § 78u-4(a)(3)(ii) as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), these cases are hereby consolidated into Civil Action No. CV-08-2599 (JSW) for all purposes before this Court. The consolidated action shall be captioned: "*In re Wells Fargo Auction Rate Securities Litigation.*"

2. All related actions that are subsequently filed in, or transferred to, the District shall be consolidated into this action for all purposes. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty days after the date on which a copy of the order is served on the party's counsel, pursuant to Paragraph 7 herein.

3. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

## MASTER DOCKET AND CAPTION

4. The docket in Civil Action No. CV-08-2599 (JSW) shall constitute the Master Docket for this action.

5. Every pleading filed in the consolidated action shall bear the following caption:

///

///

///

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO AUCTION RATE SECURITIES LITIGATION <br><br> _____ <br><br> This Document Relates To: <br><br> _____ | ) ) ) ) ) ) ) ) ) ) | Master File No. CV-08-2599 (JSW) <br><br> <u>CLASS ACTION</u> |

6. The file in Civil Action No. CV-08-2599 (JSW) shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:." When a pleading applies only to some, not all, of the actions, the documents shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (e.g. "No. C-[action number] (Doe)]."

7. The parties shall file a Notice of Related Cases pursuant to the Civil L.R. 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

    a. place a copy of this Order in the separate file for such action;

    b. serve on plaintiff's counsel in the new case a copy of this Order;

    c. direct that this Order be served upon defendants in the new case; and

    d. make the appropriate entry in the Master Docket.

<u>APPOINTMENT OF LEAD COUNSEL AND LEAD PLAINTIFF</u>

8. By Order entered on October 15, 2008 in the *Van Dyke* action, the Court appointed Lindell Van Dyke and Sandra Olsen to serve as Lead Plaintiff, and the law firm of Girard Gibbs LLP to serve as Lead Counsel for the Class, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA.

9. Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters for all purposes, including pretrial procedures, discovery and

1  settlement negotiations. Lead Plaintiff's Counsel shall be responsible for communications with the
2  Court. Lead Plaintiff's Counsel shall maintain a master service list of all parties and counsel.
3      10.    Agreements made with Lead Plaintiff's Counsel shall be binding on all plaintiffs.
4      11.    Lead Plaintiffs shall file a consolidated complaint according to a schedule agreed upon by
5  Lead Plaintiffs and Defendants. The consolidated complaint shall be the operative complaint and shall
6  supersede all complaints filed in any of the actions consolidated herein.

DATED: December 9, 2008          **GIRARD GIBBS LLP**

                                 By: *[signature: CHC Sharp]*
                                 Daniel C. Girard
                                 Jonathan K. Levine
                                 Aaron M. Sheanin
                                 Christina H.C. Sharp
                                 601 California Street, 14th Floor
                                 San Francisco, CA 94108
                                 Telephone: (415) 981-4800
                                 Facsimile: (415) 981-4846

                                 *Lead Counsel for the Class*

DATED: December 8, 2008          **GIRARDI & KEESE LLP**

                                 By: *[signature]*
                                 Thomas V. Girardi
                                 Neyleen S. Beljajev
                                 1126 Wilshire Boulevard
                                 Los Angeles, CA 90017.
                                 Telephone: (213) 977-0211
                                 Facsimile: (213) 481-1554

                                 *Counsel for Plaintiff Donald Hildre*

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

DATED: December 9, 2008          *[signature: Jeffrey S. White]*
                                 THE HONORABLE JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE

- 4 -
STIPULATION AND [PROPOSED] ORDER