1  Daniel C. Girard (State Bar No. 114826)
   dcg@girardgibbs.com
2  Jonathan K. Levine (State Bar No. 220289)
   jkl@girardgibbs.com
3  Aaron M. Sheanin (State Bar No. 214472)
   ams@girardgibbs.com
4  Christina Connolly Sharp (State Bar No. 245869)
   chc@girardgibbs.com
5  **GIRARD GIBBS LLP**
   601 California Street, Suite 1400
6  San Francisco, CA 94108
   Telephone:  (415) 981-4800
7  Facsimile:   (415) 981-4846

8  Counsel for Lead Plaintiffs

9

10                     **UNITED STATES DISTRICT COURT**

11                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12
   In re WELLS FARGO AUCTION RATE          )   **Master File No. CV-08-1962 (JSW)**
13 SECURITIES LITIGATION                   )
                                           )   **[PROPOSED] ORDER GRANTING LEAD**
14 ─────────────────────────────────────   )   **PLAINTIFFS' ADMINISTRATIVE**
                                           )   **MOTION RE DECEMBER 9, 2008**
15 This Document Relates To: All Actions   )   **ORDER CONSOLIDATING CASES**
                                           )
16 ─────────────────────────────────────   )

17

18

19

20

21

22

23

24

25

26

27

28

Upon consideration of the Administrative Motion and supporting papers filed by Lead Plaintiffs' counsel in the above-captioned action, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. Lead Plaintiffs' Administrative Motion re December 9, 2008 Order Consolidating Cases is **GRANTED**.

2. The docket in Civil Action No. CV-08-1962 (JSW) shall constitute the Master Docket for this action.

3. Every pleading filed in the consolidated action shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re WELLS FARGO AUCTION RATE SECURITIES LITIGATION ) ) ) ──────────────────────────── ) ) This Document Relates To: ) ) ) ──────────────────────────── ) | Master File No. CV-08-1962 (JSW) <br><br> <u>CLASS ACTION</u> |

4. Paragraphs 1, 4, 5 and 6 of the Court's December 9, 2008 Order erroneously and inadvertently referenced Civil Action No. CV-08-2599 (JSW). In fact, each of those paragraphs should have referenced Master Docket No. CV-08-1962 (JSW).

5. Having corrected the errors identified herein, the December 9, 2008 Order otherwise remains in effect.

**SO ORDERED.**

DATED: __December 19__, 2008    _____/s/ Jeffrey S. White_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE