<pre>
1  Daniel C. Girard (State Bar No. 114826)
   dcg@girardgibbs.com
2  Jonathan K. Levine (State Bar No. 220289)
   jkl@girardgibbs.com
3  Aaron M. Sheanin (State Bar No. 214472)
   ams@girardgibbs.com
4  Christina H. C. Sharp (State Bar No. 245869)
   chc@girardgibbs.com
5  GIRARD GIBBS LLP
   601 California Street, Suite 1400
6  San Francisco, CA 94108
   Telephone:  (415) 981-4800
7  Facsimile:   (415) 981-4846

8  Counsel for Lead Plaintiffs
</pre>

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, and SANDRA OLSEN, Individually And On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO., WELLS FARGO INVESTMENTS, LLC, WELLS FARGO INSTITUTIONAL SECURITIES, LLC, WELLS FARGO SERVICES, LLC, and WELLS FARGO BANK, N.A.,<br><br>  Defendants. | CASE NO. 08-cv-1962 (JSW)<br><br>STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE |

- 1 -

STIPULATION AND [PROPOSED] ORDER

Lead Plaintiffs Lindell Van Dyke and Sandra Olsen, and Defendants Wells Fargo & Co., Wells Fargo Investments, LLC, Wells Fargo Institutional Securities, LLC, Wells Fargo Services, LLC, and Wells Fargo Bank, N.A., by and through their respective counsel, hereby stipulate as follows:

1) Defendants shall answer, move against or otherwise respond to the amended complaint on or before April 6, 2009;

2) Should Defendants file a motion to dismiss the amended complaint, the briefing schedule on such motion shall be as follows:

   a) Lead Plaintiffs shall file any opposition to Defendants' motion to dismiss on or before May 15, 2009; and

   b) Defendants shall file any reply in support of the motion to dismiss on or before June 15, 2009.

DATED: February 27, 2009

**GIRARD GIBBS LLP**

By: /s/ Christina H.C. Sharp

Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
Christina H.C. Sharp
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Lead Counsel for the Class*

DATED: February 27, 2009

**REED SMITH LLP**

By: /s/

David C. Powell
Heather B. Hoesterey
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

*Counsel for Defendants*

[~~PROPOSED~~] ORDER

Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that:

1) Defendants shall answer, move against or otherwise respond to the amended complaint on or before April 6, 2009;

2) Should Defendants file a motion to dismiss the amended complaint, the briefing schedule on such motion shall be as follows:

   a) Lead Plaintiffs shall file any opposition to Defendants' motion to dismiss on or before May 15, 2009; and

   b) Defendants shall file any reply in support of the motion to dismiss on or before June 15, 2009.

The motion to dismiss shall be heard on July 10, 2009 at 9:00 a.m., followed immediately by a case management conference. The parties shall submit their joint case management statement by no later than July 3, 2009.

DATED: March 2, 2009

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE