David C. Powell (SBN 129781)
Email: dcpowell@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Sarah R. Wolff (admitted *pro hac vice*)
Email: swolff@reedsmith.com
Michael S. Leib (admitted *pro hac vice*)
Email: mleib@reedsmith.com
REED SMITH LLP
10 S. Wacker Dr., Suite 4000
Chicago, IL 60606-7507

Telephone:    +1 312 207 1000
Facsimile:    +1 312 207 6400

Attorneys for Defendants Wells Fargo & Co.;
Wells Fargo Investments, LLC; Wells Fargo
Institutional Securities, LLC; Wells Fargo
Services, LLC and Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, and SANDRA OLSEN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & CO.; WELLS FARGO INVESTMENTS, LLC; WELLS FARGO INSTITUTIONAL SECURITIES, LLC; WELLS FARGO SERVICES, LLC and WELLS FARGO BANK, N.A.<br><br>Defendants. | No.: CV 08 1962 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER RE REQUEST TO RESCHEDULE HEARING DATE ON MOTION TO DISMISS AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

WHEREAS, on February 27, 2009, the parties to this action, by and through their respective counsel of record, submitted to this Court a Stipulation and Proposed Order Setting Schedule which provided as follows:

(1) Defendants shall answer, move or otherwise respond to the amended complaint on or before April 6, 2009;

(2) Should Defendants file a motion to dismiss the amended complaint, the briefing schedule on such motion shall be as follows:

    (a) Lead Plaintiffs shall file any opposition to Defendants' Motion to Dismiss on or before May 15, 2009; and

    (b) Defendants shall file any reply in support of the motion to dismiss on or before June 15, 2009; and

WHEREAS on March 2, 2009, this Court entered an Order Granting the Stipulation Setting Schedule and set the hearing on the motion to dismiss for July 10, 2009 at 9:00 A.M. and set a Case Management Conference for July 10, 2009 at 9:00 a.m., with a Case Management Conference Statement due by July 6, 2009; and

WHEREAS counsel for Defendants is unavailable on July 10, 2009 due to a scheduled vacation, and

WHEREAS Plaintiff does not oppose a request to reschedule the hearing on the Motion to Dismiss and Case Management Conference,

IT IS HEREBY STIPULATED and requested by and between the parties to this action, through their respective counsel of record, that the Court may enter an Order rescheduling the hearing date on Defendants' Motion to Dismiss and the date of the Case Management Conference to July 31, 2009 at 9:00 a.m., or this Court's first available date thereafter. The parties do not intend to alter the briefing schedule on Defendants' Motion to Dismiss.

DATED: March __, 2009

REED SMITH LLP

By   /s/ Heather B. Hoesterey
    Heather B. Hoesterey
    Attorneys for Defendants Wells Fargo & Co.; Wells Fargo Investments, LLC; Wells Fargo Institutional Securities, LLC; Wells Fargo Services, LLC and Wells Fargo Bank, N.A.

DATED: March __, 2009

GIRARD GIBBS LLP

By   /s/ Christina C. Sharp
    Daniel C. Girard
    Christina C. Sharp
    Attorneys for Lead Plaintiffs Lindell Van Dyke, as Trustee for the Van Dyke Family Trust, and Sandra Olsen

## [PROPOSED] ORDER

Having reviewed the parties' stipulation and declaration submitted in support of Request to Reschedule Hearing Date on Motion to Dismiss and to Reschedule Case Management conference, and upon good cause showing, IT IS HEREBY ORDERED THAT:

The Hearing on Motion to Dismiss and Case Management Conference, previously set for July 10, 2009 at 10:00 am, shall be rescheduled.

(1) Defendants shall answer, move or otherwise respond to the amended complaint on or before April 6, 2009;

(2) Should Defendants file a motion to dismiss the amended complaint, the briefing schedule on such motion shall be as follows

   (a) Lead Plaintiffs shall file any opposition to Defendants' Motion to Dismiss on or before May 15, 2009; and

   (b) Defendants shall file any reply in support of the motion to dismiss on or before June 15, 2009; and

1  (3) The motion to dismiss shall be heard on July 31, 2009 at 9:00 a.m., followed immediately
2  by a case management conference.  The parties shall submit their joint case management statement
3  by no later than July 24, 2009.

4  DATED:  March 23, 2009

5  _____
   The Honorable Jeffrey S. While
6  UNITED STATES DISTRICT JUDGE