David C. Powell (SBN 129781)
Email: dcpowell@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Sarah R. Wolff (admitted *pro hac vice*)
Email: swolff@reedsmith.com
Michael S. Leib (admitted *pro hac vice*)
Email: mleib@reedsmith.com
REED SMITH LLP
10 S. Wacker Dr., Suite 4000
Chicago, IL  60606-7507

Telephone:    +1 312 207 1000
Facsimile:    +1 312 207 6400

Attorneys for Defendants Wells Fargo & Co.;
Wells Fargo Investments, LLC; Wells Fargo
Institutional Securities, LLC; Wells Fargo
Services, LLC and Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, and SANDRA OLSEN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & CO.; WELLS FARGO INVESTMENTS, LLC; WELLS FARGO INSTITUTIONAL SECURITIES, LLC; WELLS FARGO SERVICES, LLC and WELLS FARGO BANK, N.A.<br><br>Defendants. | No.: CV 08 1962 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

*(vertical left margin)* REED SMITH LLP — A limited liability partnership formed in the State of Delaware

1    WHEREAS, on March 23, 2009, pursuant to the parties' stipulation, this Court entered an

2    Order re Request to Reschedule Hearing Date on Motion to Dismiss and to Reschedule Case

3    Management Conference setting the following schedule:

4

5    (1) Defendants shall answer, move or otherwise respond to the amended complaint on or

6    before April 6, 2009;

7    (2) Should Defendants file a motion to dismiss the amended complaint, the briefing schedule

8    on such motion shall be as follows:

9    (a) Lead Plaintiffs shall file any opposition to Defendants' Motion to Dismiss on or

10   before May 15, 2009; and

11   (b) Defendants shall file any reply in support of the motion to dismiss on or before

12   June 15, 2009; and

13   (3) The motion to dismiss shall be heard on July 31, 2009 at 9:00 a.m., followed immediately

14   by a case management conference.  The parties shall submit their joint case management statement

15   by no later than July 24, 2009; and

16

17   WHEREAS Defendants seek additional time to file their Motion to Dismiss; and

18

19   WHEREAS Plaintiffs have agreed they will not oppose Defendants' request,

20

21   IT IS HEREBY STIPULATED and requested by and between the parties to this action,

22   through their respective counsel of record, that the Court may enter an Order rescheduling the

23   briefing schedule for Defendants' Motion to Dismiss as follows:

24   (1) Defendants shall answer, move or otherwise respond to the amended complaint on or

25   before April 20, 2009;

26   (2) Should Defendants file a motion to dismiss the amended complaint, the briefing schedule

27   on such motion shall be as follows:

28

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

(a) Lead Plaintiffs shall file any opposition to Defendants' Motion to Dismiss on or before May 29, 2009; and

(b) Defendants shall file any reply in support of the motion to dismiss on or before June 29, 2009.

DATED:  April 1_, 2009

REED SMITH LLP

By__/ s / Heather B. Hoesterey_____
    Heather B. Hoesterey
    Attorneys for Defendants Wells Fargo & Co.; Wells
    Fargo Investments, LLC; Wells Fargo Institutional
    Securities, LLC; Wells Fargo Services, LLC and Wells
    Fargo Bank, N.A.

DATED:  April (_, 2009

GIRARD GIBBS LLP

By_____
    Daniel C. Girard
    Christina C. Sharp
    Attorneys for Lead Plaintiffs Lindell Van Dyke, as
    Trustee for the Van Dyke Family Trust, and Sandra
    Olsen

## [PROPOSED] ORDER

Having reviewed the parties' stipulation and declaration submitted in support of Proposed Order re Briefing Schedule for Motion to Dismiss, and upon good cause showing, IT IS HEREBY ORDERED THAT:

(1) Defendants shall answer, move or otherwise respond to the amended complaint on or before April 20, 2009;

(2) Should Defendants file a motion to dismiss the amended complaint, the briefing schedule on such motion shall be as follows:

(a) Lead Plaintiffs shall file any opposition to Defendants' Motion to Dismiss on or before May 29, 2009; and

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1        (b) Defendants shall file any reply in support of the motion to dismiss on or before

2   June 29, 2009; and

3        (3) The motion to dismiss shall be heard on July 31, 2009 at 9:00 a.m., followed immediately

4   by a case management conference.  The parties shall submit their joint case management statement

5   by no later than July 24, 2009.

6
    DATED:      April 1, 2009              _____
7                                          The Honorable Jeffrey S. While
8                                          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS