| | |
|---|---|
| 1 | David C. Powell (SBN 129781) |
| | Email: dcpowell@reedsmith.com |
| 2 | Heather B. Hoesterey (SBN 201254) |
| | Email: hhoesterey@reedsmith.com |
| 3 | REED SMITH LLP |
| | Two Embarcadero Center, Suite 2000 |
| 4 | San Francisco, CA 94111-3922 |
| 5 | Telephone: +1 415 543 8700 |
| | Facsimile: +1 415 391 8269 |
| 6 | |
| 7 | Sarah R. Wolff (admitted *pro hac vice*) |
| | Email: swolff@reedsmith.com |
| | Michael S. Leib (admitted *pro hac vice*) |
| 8 | Email: mleib@reedsmith.com |
| | REED SMITH LLP |
| 9 | 10 S. Wacker Dr., Suite 4000 |
| | Chicago, IL 60606-7507 |
| 10 | |
| | Telephone: +1 312 207 1000 |
| 11 | Facsimile: +1 312 207 6400 |
| 12 | Attorneys for Defendants Wells Fargo & Co.; |
| | Wells Fargo Investments, LLC; Wells Fargo |
| 13 | Institutional Securities, LLC; Wells Fargo |
| | Services, LLC and Wells Fargo Bank, N.A. |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, and SANDRA OLSEN, Individually And On Behalf of All Others Similarly Situated, | No.: CV 08 1962 (JSW) |
| 18 | | STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS |
| 19 | Plaintiff, | |
| 20 | vs. | |
| 21 | WELLS FARGO & CO.; WELLS FARGO INVESTMENTS, LLC; WELLS FARGO INSTITUTIONAL SECURITIES, LLC; WELLS FARGO SERVICES, LLC and WELLS FARGO BANK, N.A. | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |

WHEREAS the Civil Standing Orders of the Honorable Jeffrey S. White provide that briefs shall not exceed fifteen pages in length;

No.: CV 08 1962 — 1 —

US_ACTIVE-101609934.1

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR MEMORANDUM
IN OPPOSITION TO MOTION TO DISMISS

WHEREAS on April 20, 2009, Defendants in this action filed a Memorandum of Points and Authorities in Support of their Motion to Dismiss which was twenty pages in length; and

WHEREAS it is agreed between the parties to this action, by and through their respective counsel of record, that, due to the fact that Defendants filed a twenty page brief, and due to the number of parties, number of causes of action, and complexity of issues raised by Defendants' arguments in support of their Motion to Dismiss, an additional five pages should be provided for Plaintiffs' Memorandum of Points and Authorities in Opposition to Motion to Dismiss, and the page limit for such Opposition shall be twenty pages;

IT IS HEREBY STIPULATED and requested by and between the parties to this action, through their respective counsel of record and subject to this Court's approval, that the page limit for Plaintiffs' Memorandum of Points and Authorities in Opposition to Motion to Dismiss shall be twenty pages.

DATED: May 18, 2009

REED SMITH LLP

By _____
Heather B. Hoesterey
Attorneys for Defendants Wells Fargo & Co.; Wells Fargo Investments, LLC; Wells Fargo Institutional Securities, LLC; Wells Fargo Services, LLC and Wells Fargo Bank, N.A.

DATED: May 18, 2009

GIRARD GIBBS LLP

By _____
Daniel C. Girard
Christina C. Sharp
Attorneys for Lead Plaintiffs Lindell Van Dyke, as Trustee for the Van Dyke Family Trust, and Sandra Olsen

No.: CV 08 1962 — 2 —

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS

1  [PROPOSED] ORDER

2  Having reviewed the parties' stipulation, and upon good cause showing, IT IS HEREBY
3  ORDERED THAT the page limit for Plaintiffs' Memorandum of Points and Authorities in
4  Opposition to Motion to Dismiss shall be twenty pages.
5
6  DATED: May 19, 2009                    /s/ Jeffrey S. White
7                                          The Honorable Jeffrey S. White
                                            UNITED STATES DISTRICT JUDGE
8

No.: CV 08 1962 — 3 —
US_ACTIVE-101609934.1

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR MEMORANDUM
IN OPPOSITION TO MOTION TO DISMISS