**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDELL VAN DYKE, as trustee for the VAN DYKE FAMILY TRUST, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO. and WELLS FARGO INVESTMENTS, LLC,<br><br>    Defendants.<br>_____/ | No. C 08-01962 JSW<br><br>**ORDER VACATING HEARING** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, October 23, 2009 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers. A case management conference shall be reset, if necessary, by further order.

**IT IS SO ORDERED.**

Dated: October 22, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE