Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
Christina H. C. Sharp (State Bar No. 245869)
chc@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDELL VAN DYKE, AS TRUSTEE FOR THE VAN DYKE FAMILY TRUST, and SANDRA OLSEN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO., WELLS FARGO INVESTMENTS, LLC, WELLS FARGO INSTITUTIONAL SECURITIES, LLC, WELLS FARGO SERVICES, LLC, and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. CV-08-1962 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER CONDITIONALLY DISMISSING CLAIMS** |

WHEREAS, on October 15, 2008, this Court appointed Plaintiffs Lindell Van Dyke and Sandra Olsen as Lead Plaintiff in the above-captioned action pursuant to the Private Securities Litigation Reform Act of 1995;

WHEREAS, on February 10, 2009, Plaintiffs Lindell Van Dyke and Sandra Olsen filed their First Amended Class Action Complaint for Violation of Federal Securities Laws;

WHEREAS, on April 20, 2009, Defendants filed their motion to dismiss the First Amended Class Action Complaint for Violation of Federal Securities Laws;

WHEREAS, Defendants' motion to dismiss has been fully briefed and is currently pending before this Court;

WHEREAS, on November 18, 2009, a settlement in principle between Wells Fargo Investments LLC and the California Attorney General's office was announced, pursuant to which Wells Fargo has agreed to repurchase approximately $1.3 billion from Wells Fargo clients whose funds have been frozen in the auction rate securities market;

WHEREAS, under the settlement agreement between Wells Fargo and the California Attorney General's office, Plaintiffs Lindell Van Dyke and Sandra Olsen may be eligible for repurchase at par value of all their Wells Fargo auction rate securities at issue in this action;

WHEREAS, the repurchase at par value of all of the Wells Fargo auction rate securities held by the Plaintiffs Lindell Van Dyke and Sandra Olsen will resolve the claims they have asserted in the above-captioned action;

Plaintiffs Lindell Van Dyke and Sandra Olsen and Defendants Wells Fargo & Co., Wells Fargo Investments, LLC, Wells Fargo Institutional Securities, LLC, Wells Fargo Services, LLC, and Wells Fargo Bank, N.A., by and through their respective counsel,

HEREBY AGREE AND STIPULATE AS FOLLOWS:

1. The above-captioned action shall be conditionally dismissed subject to the actual repurchase at par value of all of the Wells Fargo auction rate securities held by Plaintiffs Lindell Van Dyke and Sandra Olsen;

2. If the Wells Fargo auction rate securities held by Plaintiffs Van Dyke and Olsen are not actually repurchased at par value, then Plaintiffs shall have the right to initiate such further proceedings in this Court as they may be legally entitled to under applicable law;

3. The Court reserves jurisdiction over any further proceedings relating to this litigation, including any application of Plaintiffs' counsel for an award of attorneys' fees; and

4. Wells Fargo reserves its right to oppose any application for attorneys' fees.

DATED: December 29, 2009

**GIRARD GIBBS LLP**

By: _____

Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
Christina H.C. Sharp
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Lead Counsel for the Class*

DATED: December 29, 2009

**REED SMITH LLP**

By: _____

David C. Powell
Heather B. Hoesterey
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

*Counsel for Defendants*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 4, 2010

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE